FILED

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0075

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0075

_____

VERNON STENSVAD,

     Plaintiff and Appellee,

v.

NEWMAN AYERS RANCH, INC.,

     Defendant and Appellant.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Olivia Rieger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 25 2024